IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

| | |
|---|---|
| JOSE RUBIANI, | : |
| Plaintiff, | : |
| v. | : CASE NO. 5:03-cv-373 (CAR) |
| ELDRIDGE PAYNE, | : |
| Defendant. | : |

# **J U D G M E N T**

The Court by Order dated and filed March 30, 2007, having granted Defendant's Motion for Summary Judgment,

JUDGMENT is hereby entered in favor of Defendant and against Plaintiff. Defendant is entitled to recover his costs of this action.

This 30th day of March, 2007.

**GREGORY J. LEONARD, CLERK**

**s/ Denise Partee, Deputy Clerk**